UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMMY KENNY,

    Plaintiff,

v.                                           Case No: 2:21-cv-9-SPC-NPM

DEUTSCHE BANK NATIONAL
TRUST COMPANY,

    Defendant.
_____/

# ORDER[1]

Before the Court is a *sua sponte* review of the case. This case is closed with judgment entered. The only pending matters relate to attorney's fees and sanctions. The Court referred those issues to Judge Mizell for a report and recommendation ("R&R"). Recently, Plaintiff filed an Order issued by Judge Mizell in a similar case, where the parties consented to the Magistrate Judge. (Doc. 59). Given the consent elsewhere, the Court reminds the parties they are free to consent here and have the remaining matters decided by Judge Mizell without the need for an R&R. *See* 28 U.S.C. § 636(c). Of course, either party is free to withhold consent without any adverse consequence. If the parties

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

intend to consent, however, the Court directs them to file a notice of consent form (available of the Court's website).

Accordingly, it is now

**ORDERED:**

If applicable, the parties are directed to file a notice of consent form **on or before July 6, 2021**.

**DONE** and **ORDERED** in Fort Myers, Florida on June 29, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record